

FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 12-50M |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER OF DETENTION AFTER HEARING |
| RAMON AYALA CHAVEZ | ) [Fed.R.Crim.P. 32.1(a)(6); |
| | ) 18 U.S.C. 3143(a)] |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern D, CAL** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **not legally in US; no verified + background info**

```
1  _____
2  _____
3  _____
4     and/or
5  B. ( ) The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on:_____
10 _____
11 _____
12 _____
13
14    IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:      1/9/12
18
19                              _____
20                              UNITES STATES MAGISTRATE JUDGE
```